The People of the State of New York, Respondent,
against
Lori Marks, Appellant. 




Appellate Advocates (Benjamin S. Litman of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill and William H. Branigan of counsel), for respondent.

Appeal by defendant, as limited by her brief, from a sentence of the Criminal Court of the City of New York, Queens County (Dorothy Chin Brandt, J.), imposed January 25, 2016, upon her conviction of petit larceny, upon her plea of guilty.




ORDERED that the appeal is dismissed.
Defendant pleaded guilty to petit larceny (Penal Law § 155.25). On January 25, 2016, in accordance with the terms of the plea agreement, defendant was sentenced to three years' probation.
On appeal, defendant contends that the sentence of probation was excessive. However, issues relating to the validity of a sentence are moot where, as here, the defendant has completed the sentence (see e.g. People v McLaine, 64 NY2d 934 [1985]; People v Parker, 156 AD3d 1059, 1060 [2017]; People v Bradley, 63 Misc 3d 139[A], 2019 NY Slip Op 50570[U], *1 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019]; People v Hughes, 12 Misc 3d 128[A], 2006 NY Slip Op 50919[U], *3 [App Term, 2d Dept, 9th & 10th Jud Dists 2006]). "We note that if the appeal were not being dismissed as moot, we would find no basis to reduce the sentence" (Bradley, 63 Misc 3d 139[A], 2019 NY Slip Op 50570[U], *1; see e.g. People v Colin, 56 Misc 3d 141[A], 2017 NY Slip Op 51119[U], *2 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2017] ["As a general rule, a defendant who has been sentenced according to the terms of a bargained-for plea and sentencing agreement will not be heard to complain that the sentence was unduly harsh or excessive"] [internal quotation marks omitted]; People v Jimenez, 54 Misc 3d 139[A], 2017 NY Slip Op 50156[U], *1-2 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2017]). 
Accordingly, the appeal is dismissed.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 23, 2019